AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BMO HARRIS BANK N.A.,

        Plaintiff,

v.   **Civil Action No.:** 4:17-cv-45 JTM

J-LIN TRUCKING, INC.;
JAMES JONES,

        Defendants.

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** the plaintiff     BMO Harris Bank, N.A.    recover from the defendants   J-Lin Trucking, Inc. And James Jones   the amount of Two Hundred Thirty-Three Thousand Three Hundred Sixty-Five Dollars and Sixty-Four Cents $233,365.64, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of  2.52  %.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:  Judgment is ENTERED in favor of the Plaintiff, BMO Harris Bank N.A. and against the Defendants, J-Lin Trucking, Inc. and James Jones.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge   James T. Moody on Plaintiff's Motion for Summary Judgment   .


DATE:   March 25, 2019                    ROBERT TRGOVICH, CLERK OF COURT


                                          By:   s/K. Pflueger
                                                Signature of Clerk or Deputy Clerk